# Order

Michigan Supreme Court
Lansing, Michigan

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156558 & (48)

*In re* JONES, Minors.

SC: 156558
COA: 336271
Oakland CC Family Division:
2016-847735-NA

_____/

On order of the Court, the application for leave to appeal the September 14, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk

s1017